## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                            Case No. 11-11528

LETICIA LIMON,

      Defendant.

_____/

### ORDER SETTING IN-PERSON STATUS CONFERENCE

On June 27, 2011, the court dismissed the above-captioned matter after an on-the-record telephone conference on June 23, 2011.  In the order of dismissal, the court indicated its intent to initiate a telephone conference if an anticipated consent judgment was not substituted for the order of dismissal within thirty days.  No consent judgment has been submitted, and the court scheduled and noticed a telephone conference for August 17, 2011, at 2:30 p.m.  The court's case manager was unable to reach pro se Defendant by telephone at that time.  Therefore, an in-person status conference is necessary to assess the case.  Accordingly,

IT IS ORDERED that Defendant and counsel for Plaintiff are DIRECTED to appear in person for a status conference on **August 31, 2011, at 2:30 p.m.**  If a consent judgment is submitted by **August 29, 2011**, the court will cancel the conference.

                            s/Robert H. Cleland_____
                            ROBERT H. CLELAND
                            UNITED STATES DISTRICT JUDGE

Dated:  August 19, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 19, 2011, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522