**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 11-11528

LETICIA LIMON,

    Defendant.
_____/

**ORDER SETTING IN-PERSON STATUS CONFERENCE**

On June 27, 2011, the court dismissed the above-captioned matter after an on-the-record telephone conference on June 23, 2011. In the order of dismissal, the court indicated its intent to initiate a telephone conference if an anticipated consent judgment was not substituted for the order of dismissal within thirty days. No consent judgment has been submitted, and the court scheduled and noticed a telephone conference for August 17, 2011, at 2:30 p.m. The court's case manager was unable to reach pro se Defendant by telephone at that time. Therefore, an in-person status conference is necessary to assess the case. Accordingly,

IT IS ORDERED that Defendant and counsel for Plaintiff are DIRECTED to appear in person for a status conference on **August 31, 2011, at 2:30 p.m.** If a consent judgment is submitted by **August 29, 2011**, the court will cancel the conference.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: August 19, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 19, 2011, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-11528.LIMON.SetStatusConference.jmp.wpd