UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,   Civil Action No.: 11-11528

                                                HON. ROBERT H. CLELAND

     Plaintiff,
v.

LETICIA LIMON,

        Defendant.
_____/

## CONSENT JUDGMENT

Having reviewed the stipulation herein below, and being otherwise advised in the matter;

**IT IS ORDERED** that judgment be and hereby is entered in favor of the United States of America and against Defendant, Leticia Limon, in the amount of $29,224.23 as of April 11, 2011, plus a $350.00 filing fee as permitted by 28 U.S.C. §2412(a)(2), plus pre-judgment interest from April 11, 2011, to entry of judgment, minus all payments made between filing of complaint and judgment, with post-judgment interest to run at the legal rate in effect on such date pursuant to 28 U.S.C. §1961.

s/ Deborah A. Winslow
Shermeta, Adams & Von Allmen, P.C.
Attorney for Plaintiff
P.O. Box 80883
Rochester Hills, MI 48308
(248) 519-1700
dwinslow@shermeta.com
(P63179)

s/with consent of Leticia Limon
Defendant in Pro Per
1127 Cooper
Jackson, MI 49202

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  August 30, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 30, 2011, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522